IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARISOL MIRANDA SOSBEE | § | |
| | § | |
| v. | § | |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| WAL-MART REAL ESTATE BUSINESS | § | CIVIL ACTION NO. 7:22-cv-00142 |
| TRUST, WAL-MART PROPERTY CO, | § | |
| WAL-MART EAST, LP, WSE INVESTMENT | § | |
| LLC, WSE MANAGEMENT, LLC, | § | |
| WAL-MART STORES EAST, LLC, | § | |
| (f/k/a WAL-MART STORES EAST, INC.), | § | JURY DEMANDED |
| AND WAL-MART, INC. | § | |

**NOTICE OF REMOVAL OF ACTION**
**UNDER 28 U.S.C. §§ 1332 and 1441 (DIVERSITY)**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW WAL-MART STORES TEXAS, LLC, WAL-MART REAL ESTATE BUSINESS TRUST, WAL-MART PROPERTY CO., WSE INVESTMENT, LLC, WSE MANAGEMENT, LLC, WAL-MART STORES EAST LP (incorrectly named herein as "Wal-Mart East, LP"), WAL-MART STORES EAST, LLC, and WALMART INC. (incorrectly named herein as "WAL-MART, INC."), Defendants in the above entitled and numbered cause, and file this Notice of Removal of the present cause from the County Court at Law No. 6 of Hidalgo County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, McAllen Division, showing the Court in support as follows:

1. This cause was commenced in the County Court at Law No. 6 of Hidalgo County, Texas, on March 31, 2022, when Plaintiff's Original Petition was filed in Cause No. CL-22-1063-F, wherein Plaintiff named WAL-MART STORES TEXAS, LLC, WAL-MART REAL ESTATE BUSINESS TRUST, WAL-MART PROPERTY CO., WSE INVESTMENT, LLC, WSE

MANAGEMENT, LLC, WAL-MART STORES EAST LP (incorrectly named herein as "Wal-Mart East, LP"), WAL-MART STORES EAST, LLC, and WALMART INC. (incorrectly named herein as "WAL-MART, INC.") as Defendants.  A copy of Plaintiff's Original Petition is attached hereto and incorporated herein for all purposes.

2. Defendants were served with a copy of Plaintiff's Original Petition on April 6, 2022.  A copy of the Citation indicating date of service is attached hereto and incorporated herein for all purposes.

3. Plaintiff filed this civil action against Defendants asserting premises liability and negligence claims arising from an incident which is alleged to have occurred on February 4, 2021, while Plaintiff was a patron at Defendant's premises located at 1200 E. Jackson Ave., McAllen, Texas 78503.  Pl.'s Orig. Pet. at § IV.

4. Defendants WAL-MART STORES TEXAS, LLC, WAL-MART REAL ESTATE BUSINESS TRUST, WAL-MART PROPERTY CO., WSE INVESTMENT, LLC, WSE MANAGEMENT, LLC, WAL-MART STORES EAST LP (incorrectly named herein as "Wal-Mart East, LP"), WAL-MART STORES EAST, LLC, and WALMART INC. (incorrectly named herein as "WAL-MART, INC.") filed a responsive pleading in State Court on April 29, 2022, a copy of which is attached hereto and incorporated herein for all purposes.

5. Plaintiff is an individual residing in Hidalgo County in the State of Texas.  *Id*. at § II.  Plaintiff was at the time of the filing of this lawsuit, and remains, a citizen of the State of Texas.

6. Defendants are not citizens of the State of Texas.  Defendants are citizens of the States of Delaware and Arkansas.

7. Defendant WAL-MART STORES TEXAS, LLC is not a citizen of the State of Texas.  WAL-MART STORES TEXAS, LLC was, at the time of the filing of Plaintiff's Original

Petition, and is at the time of filing of this Notice of Removal, a limited liability company existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas. WAL-MART STORES TEXAS, LLC has one member, WAL-MART REAL ESTATE BUSINESS TRUST.

8. Defendant WAL-MART REAL ESTATE BUSINESS TRUST is not a citizen of the State of Texas. WAL-MART REAL ESTATE BUSINESS TRUST was, at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a Delaware Statutory Trust with its principal office and residence in Bentonville, Arkansas. The sole shareholder of WAL-MART REAL ESTATE BUSINESS TRUST is WAL-MART PROPERTY CO.

9. Defendant WAL-MART PROPERTY CO. is not a citizen of the State of Texas. WAL-MART PROPERTY CO. was, at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas.

10. Defendant WAL-MART STORES EAST, LP (incorrectly named herein as "Wal-Mart East, LP") is not a citizen of the State of Texas. WAL-MART STORES EAST, LP is a limited partnership organized and existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas. The General Partner and 1% owner of WAL-MART STORES EAST, LP is WSE MANAGEMENT, LLC. The Limited Partner and 99% owner of WAL-MART STORES EAST, LP is WSE INVESTMENT LLC.

11. Defendants WSE MANAGEMENT, LLC and WSE INVESTMENT, LLC are not citizens of the State of Texas. WSE MANAGEMENT, LLC and WSE INVESTMENT, LLC were, at the time of the filing of Plaintiff's Original Petition, and are at the time of filing of this Notice

of Removal, limited liability companies existing under the laws of the State of Delaware with their principal offices and residences in Bentonville, Arkansas. The sole member of both WSE MANAGEMENT, LLC and WSE INVESTMENT, LLC is WAL-MART STORES EAST, LLC.

12. Defendant WAL-MART STORES EAST, LLC is not a citizen of the State of Texas. WAL-MART STORES EAST, LLC was, at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a limited liability company existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas. WAL-MART STORES EAST, LLC has one member, WALMART INC.

13. Defendant WALMART INC. (incorrectly named herein as "WAL-MART, INC.") is not a citizen of the State of Texas. WALMART INC. was, at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a Delaware Corporation with its principal office and residence in Bentonville, Arkansas.

14. Complete diversity of citizenship therefore exists between the adverse parties in the present cause for the purposes of federal removal jurisdiction pursuant to 28 U.S.C. §1441.

15. Plaintiff claims in her Original Petition that she seeks "monetary relief over $250,000, but not more than $1,000,000." Pl. Orig. Pet. at § VI. Therefore, the amount in controversy herein exceeds $75,000.00, exclusive of interest and costs.

16. This lawsuit is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code §§ 1332 and 1441(a) in that it is a civil action between completely diverse parties and that amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

17. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of the service of Plaintiff's Original Petition on Defendants and within one year of the initial filing of the lawsuit.

18. Upon filing of this Notice of Removal of this cause, written notice of the filing by Defendants to Plaintiff has been provided as required by law. A copy of this Notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

19. Defendants hereby request a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendants pray for removal of the above entitled and numbered cause from the County Court at Law No. 6 of Hidalgo County, Texas to this Honorable Court.

Respectfully submitted,

COLVIN, SAENZ, RODRIGUEZ & KENNAMER LLP

By: */s/Jaime A. Saenz*
Jaime A. Saenz, Attorney-in-Charge
Texas Bar No. 17514859
Southern District Admissions No. 7630
Email: ja.saenz@rcclaw.com
Elizabeth Ferguson Herrera
Texas Bar No. 24087716
Southern District Admissions No. 2877535
Email: e.herrera@rcclaw.com
1201 East Van Buren Street
Brownsville, Texas 78520
(956) 542-7441
(956) 541-2170 Fax

ATTORNEYS FOR DEFENDANTS

# **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on this 5th day of May, 2022 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.1(d).

*/s/Jaime A. Saenz*
JAIME A. SAENZ